Scott Mauer
Yin Wang (Certified Law Student)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San Jose, CA 95126
408-288-7030 (Phone)
408-288-3581 (Fax)

Attorney for Plaintiff, Tung X Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| TUNG X NGUYEN, | Case 5:14-cv-02925 |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| vs. | |
| HILCO RECEIVABLES, LLC SACOR FINANCIAL, INC., and LAW OFFICE OF JOSEPH SCALIA, APC | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

This is notice of voluntary dismissal with prejudice pursuant to FRCP41(a)(1).

Respectfully Submitted,

KATHARINE & GEORGE ALEXANDER
COMMUNITY LAW CENTER

Dated  9/15/14

_____
Yin Hui Wang, Certified Law Student *

Dated  9/15/14

_____
Scott Maurer, Supervising Attorney *

*Pursuant to State Bar Rules Governing the Practical Training of Law Students